UNITED STATES DISTRICT COURT
DISTRICT OF PUERTO RICO

| | |
|---|---|
| P.L. SERVICES LP, d/b/a<br>RESOURCE FUNDING GROUP,<br><br>　　　　Plaintiff,<br><br>　　　　v.<br><br>POPULAR STAFFING SERVICES<br>CORP., et al.,<br><br>　　　　Defendants. | Civil No. 03-2188 (JAF) |

**O R D E R**

Plaintiff's requests for entry of judgment, Docket Document Nos. 146 and 147, are granted as follows:

1. The Complaint against Defendants Millennium Construction, Inc. ("Millennium") and Envirotechnical Maintenance Services, Inc. ("EMSI") is reinstated. RFG did not dismiss its claims against these entities.

2. On the basis of this court's Order of May 17, 2005, Docket Document No. 134, a separate judgment will be entered on RFG's motion for partial summary judgment in favor of RFG and against codefendants Millennium and EMSI, in the amount of $887,961.83, plus interest, and $1,346,751.00, plus interest, respectively, as well as attorneys' fees and prejudgment interest on the total amount of codefendants' respective debts, from the date the cause of action accrued.

Civil No. 03-2188 (JAF) -2-

**IT IS SO ORDERED.**

San Juan, Puerto Rico, this 5th day of August, 2005.

                                                                     S/José Antonio Fusté
                                                                       JOSE ANTONIO FUSTE
                                                                   Chief U. S. District Judge