```
                    IN THE UNITED STATES DISTRICT COURT
                      FOR THE DISTRICT OF PUERTO RICO
```

| | |
|---|---|
| P.L. SERVICES LP, d/b/a RESOURCE FUNDING GROUP,<br><br>    Plaintiff,<br><br>        v.<br><br>POPULAR STAFFING SERVICES CORP.; ET AL,<br><br>    Defendants. | CIVIL No. 03-2188 (JAF)<br><br>RE: BREACH OF CONTRACT<br>     COLLECTION OF<br>     MONIES, FRAUD AND<br>     DAMAGE |

**O R D E R**

WHEREAS, on August 9, 2005, this court entered a Money Judgment in favor of plaintiff P.L. Services LP, d/b/a Resource Funding Group ("RFG") and against Codefendant Millennium Construction, Inc. ("Millennium"), in the amount of $887,961.83 with pre-judgment interest thereon from the date the Amended Complaint was filed (February 20, 2004), at the rate of 1.23% per annum (28 U.S.C. § 1961) until the Judgment is satisfied;  and

WHEREAS, RFG now requires an order and writ of execution to enforce the Money Judgment in its favor and collect the amount in question; and

WHEREAS, this court finds that entry of such order and writ of execution is necessary to carry out the intent of this court's Order and Money Judgment and secure the lawful rights of RFG;

Civil No. 03-2188 (JAF)                                                  -2-

NOW, THEREFORE, IT IS

ORDERED, that the Clerk of the Court is directed to enter a writ of execution attaching any and all property of Millennium, including, but not limited to cash, checks, monies in banks or other institutions, accounts receivable, promissory notes, stock, bonds, machinery and equipment, securities, vehicles, parts and tools, real property and any other property belonging to Millennium and allowing Plaintiff RFG to fully recover therefrom the amount of $887,961.83, with prejudgment interest thereon from the date the Amended Complaint was filed (February 20, 2004), at the rate of 1.23% per annum (28 U.S.C. §1961) until the Judgment is satisfied.

San Juan, Puerto Rico, this 7th day of December, 2005.

                                        S/José Antonio Fusté
                                        JOSE ANTONIO FUSTE
                                     Chief U.S. District Judge